IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MICHAEL THOMPSON,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 3:17-cv-329-JPG-DGW |
| **WEXFORD HEALTH SERVICES, DOCTOR RITZ, DOCTOR FEINERMAN, DOCTOR SHEPHERD, DOCTOR FAHIM, DOCTOR SHEARING, DOCTOR TROST, and JACQUELINE LASHBROOK,** | ) | |
| Defendants. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Pending before the Court is a Motion for More Definite Statement (Doc. 49) filed by Defendant Dr. Shearing. For the reasons set forth below, the Motion is **DENIED**.

A party may file a motion for a more definite statement where the pleading is so vague or ambiguous that the party "cannot reasonably prepare a response." FED. R. CIV. P. 12(e). Shearing's motion asserts he could not reasonably respond to Plaintiff's Complaint without further clarity regarding the dates when Dr. Shearing treated Plaintiff Michael Thompson and the alleged deficiencies in those treatment dates (Doc. 49, p. 2). Specifically, Dr. Shearing alleges the nine year time period, starting in 2008, too broad for him to adequately prepare a response (Doc. 49, p. 2). The Court notes, however, that Dr. Shearing admits he has not worked at Wexford for some time (Doc. 49, p. 2), by definition reducing the period of time at issue. Further, the Complaint is clear that Thompson is alleging that several doctors, including Dr. Shearing, were deliberately indifferent to his Crohn's disease, failed to provide him with a prescription for Remicade, and

generally ignored his worsening symptoms resulting in two emergency surgeries, removal of an extensive amount of his colon, a bladder infection and insertion of a colostomy bag (Doc. 6, pp. 3-4). Given the specifics plead regarding Thompson's illness and emergency surgeries, Dr. Shearing's knowledge of his own employment dates with Defendant Wexford, and his ability to review the medical records, the Court find the Complaint is not so vague and ambiguous that Defendant would be unable to prepare a responsive pleading.

Thus, Defendant Shearing's Motion for More Definite Statement (Doc. 49) is **DENIED.**

**IT IS SO ORDERED.**

**DATED: January 5, 2018**

                    **DONALD G. WILKERSON**
                    **United States Magistrate Judge**