## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MICHAEL THOMPSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.: 3:17-cv-329-JPG-DGW** |
| | ) | |
| **WEXFORD HEALTH SOURCES, INC. et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that the preparation of the transcript of the Pavey/Evidentiary Hearing held on August 1, 2018 in the above entitled cause of action be prepared by Molly Clayton, Court Reporter for the U.S. District Court, and filed with the Clerk of the Court ***within 30 days*** at the expense of the United States.

**DATED:**   <u>August 2, 2018</u>

<u>*s/ Donald G. Wilkerson*</u>
DONALD G. WILKERSON
United States Magistrate Judge